UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO OROZCO MADRIGAL, | ) NO. CV 14-2033-CJC(E) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| UNITED STATES OF AMERICA, | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying dismissing the Petition with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff and counsel for
3 Defendant.

5    DATED: July 2, 2014.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2