JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEJANDRO OROZCO MADRIGAL, | NO. CV 14-2033-CJC(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS ADJUDGED that the action is denied and dismissed with prejudice.

DATED: July 2, 2014.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE